UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:21-cr-22 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| DANNA MORRISON ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One and Count Two of the two-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One and Count Two of the Bill of Information; (3) defer a decision on whether to accept the amended plea agreement until sentencing; and (4) Defendant will remain on bond under appropriate conditions of release pending sentencing in this matter (Doc. 16). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 16) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One and Count Two of the Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Two of the Bill of Information;

3. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** on bond pending sentencing in this matter which is scheduled to take place on **August 6, 2021 at 9:00 a.m.** before the undersigned.

   **SO ORDERED.**

   /s/*Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**